## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **Case Nos. 4:17-cr-64-AW-MAF-2**
                                                    **4:19-cv-231-AW-MAF**

**JESSICA RAE MAULDIN,**

   **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

In 2018, the court sentenced Jessica Rae Mauldin to 72 months' imprisonment for drug and firearm offenses. ECF No. 146. She has moved for § 2255 relief, asserting four grounds. ECF No. 227. In a thorough report and recommendation, the magistrate judge recommends that the court deny the § 2255 motion without an evidentiary hearing. ECF No. 274. No objections have been filed. Having carefully considered the matter, I conclude that the report and recommendation should be adopted. I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2255 petition is denied without an evidentiary hearing." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on December 28, 2021.

s/ *Allen Winsor*_____
United States District Judge